IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JAMES E. HARRELL, JR.,

    Plaintiff,

VS.                                              04-2246-Ma/P

FEDERAL EXPRESS CORPORATION,

    Defendant.

ORDER GRANTING MOTION REQUESTING SCHEDULING CONFERENCE

Before the court is the Plaintiff's and Defendant's April 28, 2005 joint motion requesting that a scheduling conference be set in this matter. For good cause shown, the motion is granted. A scheduling conference is set for **Friday, June 3, 2005 at 1:30 p.m.**

IT IS SO ORDERED this _18th_ day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _5-19-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02246 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Kathy L. Laizure
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Peggy J. Lee
LEE LAW FIRM
147 Jefferson
Ste. 406
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT