IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JAMES E. HARRELL, JR.,

    Plaintiff,

VS.                          NO. 04-2246-Ma

FEDERAL EXPRESS CORP.,

    Defendant.

---

ORDER ADMINISTRATIVELY CLOSING CASE

---

On October 19, 2005, a status conference was held in this matter. Appearing on behalf of plaintiff was Peggy Lee. Appearing on behalf of the defendant was Kathy Laizure. The parties advised that the E.E.O.C. has not completed its investigation of plaintiff's additional charge and has not yet issued its "right to sue" letter.

The court finds that this matter should be administratively closed at this time. Such closure is in no way a determination of the substantive issues between the parties or their procedural right to pursue this matter at a later date.

This case is therefore closed administratively. Plaintiff's counsel will advise the court when the "right to sue" letter has

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-21-05



been received. At that time, the court will set a conference and a new schedule will be set in this case.

It is so ORDERED this 20th day of October, 2005.

					_____
					SAMUEL H. MAYS, JR.
					UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CV-02246 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Kathy L. Laizure
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Peggy J. Lee
LEE LAW FIRM
147 Jefferson
Ste. 406
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT